UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

                              Case No. 16-24321-RAM

RAMON GRULLON,

    Debtors.

                              Chapter 7

_____/

**DEBTOR'S OPPOSITION TO RELIEF FROM STAY**

Debtor, RAMON GRULLON, by and through undersigned counsel, files the following Motion for Relief from Stay and states as follows:

1. That RAMON GRULLON, and various other family members were renting the home in question from his nephew KONRAD MCDOUGAL.

2. That the property at issue was left by a deceased family member for the benefit of the entire family and the title was left in KONRAD MCDOUGAL's name pursuant to an agreement amongst all family members that the property would pass to all relevant family members for future and ongoing use.

3. In this regard, an additional $500.00 was paid every month for more than 6 years to KONRAD MCDOUGAL with the agreement that the title would eventually transfer to the Debtor and other relevant family members. (See Exhibit "A").

4. That this arrangement can be demonstrated in writing and the Debtor respectfully requests additional time to demonstrate to this Court that the party seeking Motion for Relief from Stay should not be entitled to said relief

and that the home in question was paid for and that title should pass to the debtor and other family members per the agreement between all parties.

5. In support, Debtor proffers certain documents as proof of his position. There exist other documents with other family members which Debtor needs additional time to gather and present to the Court.

WHEREFORE, Debtor respectfully requests the Motion for Relief from Stay be denied.

/s/ David S. Harris
David S. Harris
Florida Bar No. 0112739
*Attorney for the Defendants*
Law Offices of David S. Harris
6431 SW 39th Street
Miami, FL 33155-4813
Telephone: (305) 667-9043
Telefax: (305) 667-9044
E-mail: davidharris@att.net

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by via transmission of Notices of Electronic Filing generated by CM/ECF on November 17th, 2016 on all counsel or parties of record on the Service List below.

Carmen G Amador on behalf of Creditor Konrad McDougal
cgamadorlaw@aol.com

Robert A Angueira, Trustee
trustee@rabankruptcy.com,

David S. Harris
David S. Harris, Esq.
Bar No. 0112739