BUENOS DIAS ,Estela despues de haber intentado llegar a un acuerdo con Konrad

Para aclarar la situacion de la casa de Mama,la cual tuve la confianza de pasar el titulo

De propiedad a nombre de el y no poder llegar a un acuerdo,me gustaria saber su posicion

Al repecto ya que esta propiedad aparece registrada a nombre de Konrad y suyo.nosotros

Sabemos que si la voluntad de ustedes es de mantenerla a sus nombre e decir como una propiedad

De ustedes legalmente nosotros no podriamos recuperar esa propiedad ni cumplir el deseo de nuestra

Madre deseo que todos conocemos.

Cuando Yo pase el titulo de propiedad a Konrad nunca pense ni imgine siquiera que debia poner una

Clausula para protegernos de el ya que el gozaba de toda nuestra confianza y jamas pudimos imaginar

Que nuestro sobrino que habiamos visto nacer y criarse con nosotros dandole todo el amor y Buena

crianza,hoy seria el causante de esta indinante situacion.

Konrad dice ser un hombre de moral intachable y que Yo soy quien debo dar cuanta a mis hermanos ,el avetruz escondiendo su cabeza debajo de la arena e inorando que en los logros que tubo mi Madre siempre Yo estube presnte y esto no lo digo para vanagloriarme,lo digo porque hay justicia en esto.

Ahora bien si el es tan honrado poque le dice a Leo que vaya con un abogado a la oficina de sus abogados,el sabes muy bien que ustedes legalmente pueden ignorer el reclamo de devolvernos la casa.

Tampoco aceptamos sus proposiciones soslapadas ,de querer comprar la casa por el precio que a el se le antoje.Ya la casa esta nombre de ustedes si el quiere comprarla,que nos haga las cuentas de los mas de 10 años que la casa a estado a su nombre.A Konrad que ya basta de excusas,no somos tontos para no saber su juego.QUE seas valiente y de la cara,que no nos hable de abogado,el sabes muy bien que solo el puede devolvernos o no nuestra casa.

      Lamento esta situacion ,Dios sabe que espere rogando por una solucion

Que nunca llego.Estela es muy importante para nosotros saber su opinion y le pedimos una respuesta ,tambien si es de su agrado sabiendo su apretada agenda que hagamos una reunion familiar ya que esto no trata solamente de la casa ,sino de la voluntad de nuestra Madre.

      Saludos,Pablo Peralta Raposo y hermanos.

Mi correo electronico. pablonperalta@yahoo.com

Marzo 31,2016.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # |
|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20131015 | 2330 | 6310751 | 01010070913776 | 000060 | 1,100.00 | 8721003781 |



Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|------|-----------|--------|---------|---------|-----|--------|------------|-----|
| VIEWPOINTE | 20131112 | 2335 | 6310751 | 01010070913776 | 000060 | 1,100.00 | 8221865202 | |



MICHAEL C GRULLON
3401 SW 99 AVE
MIAMI, FL 33165

2335
63-643/670
BRANCH 06346

11-1-13 Date

Pay to the order of    Konrad Mcdougal    $ 1,100 00

One thousand and One hundred    Dollars

**WACHOVIA**
Wachovia Bank, N.A. until March 20, 2010
Wachovia Bank, a division of Wells Fargo Bank, N.A. effective March 20, 2010

For

⑈067006432⑈ 1010070913776⑈ 2335



Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # |
|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20131216 | 2340 | 6310751 | 01010070913776 | 000060 | 1,100.00 | 8328190968 |



| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20140113 | 2345 | 6310751 | 01010070913776 | 000060 | 1,100.00 | 8828220028 | |



Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # |
|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20140213 | 2349 | 6310751 | 01010070913776 | 000060 | 1,100.00 | 8822901919 |

MICHAEL C GRULLON
3401 SW 99 AVE
MIAMI, FL 33165

2349
63-643/670
BRANCH 06346

Date: 2-1-14

Pay to the order of: Konrad Mcdougal    $ 1,100 00/

One Thousand and One hundred — Dollars

WACHOVIA
Wachovia Bank, N.A. until March 20, 2010
Wachovia Bank, a division of Wells Fargo Bank, N.A. effective March 20, 2010

⑁067006432⑁ 101007091377⑁" 2349

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # |
|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20131015 | 2331 | 6310751 | 01010070913776 | 000060 | 500.00 | 8721003782 |

**MICHAEL C GRULLON**
3401 SW 99 AVE
MIAMI, FL 33165

2331
63-643/670
BRANCH 06348

Date: 10-11-13

Pay to the order of: Konrad Mcdougal    $ 500.00

Five hundred dollars

**WACHOVIA**
Wachovia Bank, N.A. until March 20, 2010
Wachovia Bank, a division of Wells Fargo Bank, N.A. effective March 20, 2010

For _____

⑆067006432⑆ 10100709 1377 6⑈ / 2331

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # |
|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20131112 | 2336 | 6310751 | 01010070913776 | 000060 | 500.00 | 8221865201 |



Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20131216 | 2341 | 6310751 | 01010070913776 | 000060 | 500.00 | 8328190969 | |



Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

https://oibservices.wellsfargo.com/OIB/ControllerServlet

10/28/2016

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20140113 | 2346 | 6310751 | 01010070913776 | 000060 | 500.00 | 8828220029 | |

**MICHAEL C GRULLON**
3401 SW 99 AVE
MIAMI, FL 33165

2346
63-643/670
BRANCH 05348

Date: 1-9-14

Pay to the order of: Konrad Mcdougal       $ 500.00

Five hundred dollars

**WACHOVIA**
Wachovia Bank, N.A. until March 20, 2010
Wachovia Bank, a division of Wells Fargo Bank, N.A. effective March 20, 2010

For _____

⑆067006432⑆ 1010070913776⑈ 2346

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20140213 | 2350 | 6310751 | 01010070913776 | 000060 | 500.00 | 8822901920 | |





Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20140811 | 1018 | 6310751 | 01010070913776 | 000062 | 500.00 | 3586453763 | |

**MICHAEL C GRULLON**
3401 SW 99 AVE
MIAMI, FL 33165

1018
63-751/631 10886
1010070913776

Date: 8/8/14

Pay to the order of: Ramon Grullon     $ 500 00/100

Five hundred dollars ———— Dollars

Wells Fargo Bank, N.A.
Florida
wellsfargo.com

For _____

⑆063107513⑆ 1010070913776⑆ 1018

3586453763

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.